**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | |
|---|---|
| **BOBBY DEWAYNE GOODALL,** ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | No. 1:15-CV-0218-P-BL |
| ) | |
| **WILLIAM STEPHENS,** ) | |
| Director TDCJ-CID , ) | |
| ) | |
| Respondent. ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

On March 10, 2016, the assigned Magistrate Judge issued a Report and Recommendation (doc. 5) in which he recommended that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. No party has filed any objection to the recommendation. After reviewing the Report and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court hereby dismisses this action as recommended.

**SIGNED this 12th day of April, 2016.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**